```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08246
   ROBERT L STONE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7113

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2008 and was not confirmed.

     The case was converted to chapter 11 without confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
WMC MORTGAGE             CURRENT MORTG          .00           .00            .00
WELLS FARGO OPERATION CE SECURED NOT I          .00           .00            .00
AMERICAN EXPRESS         UNSECURED        NOT FILED           .00            .00
CHASE MASTERCARD         UNSECURED        NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI UNSECURED         17989.65           .00            .00
MBNA PLATINUM PLUS       UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED         11336.52           .00            .00
WMC MORTGAGE             MORTGAGE ARRE          .00           .00            .00
LEHMAN & FOX             DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------       --------------
TOTALS                       .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08246 ROBERT L STONE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 08246 ROBERT L STONE